UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSE CANTU,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 21-cv-796-JPG

Criminal No 19-cr-40066-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jesse Cantu's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Jesse Cantu, and that this case is dismissed with prejudice.

**DATED: April 22, 2022**    MONICA A. STUMP, Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**